UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| M.C., by next friend <br> SHARON CRIDER <br>           Plaintiff, <br><br> KELLIE WHITCOMB, Superintendent, <br> LOGANSPORT JUVENILE <br> INTAKE/DIAGNOSTIC FACILITY in <br> her official and individual capacities, <br> RON ANDERSON, Superintendent, <br> EVEYLYN RIDLEY-TURNER, <br> Commissioner, Indiana Department of <br> Correction, <br><br>           Defendants. | No. 1:05-cv-0162-SEB-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/02/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Caroline B. Briggs
Briggs Law Office
briggs.law@gte.net

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov